Cindy Hamilton (SBN CA 217951)
Brian C Gee (SBN CA 317436)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
hamiltonc@gtlaw.com
geeb@gtlaw.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMEN JALALIAN,<br><br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and MARIANNE LAKE,<br><br>  Defendants. | CASE NO. 3:25-cv-01411-LJC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES BY 60 DAYS PURSUANT TO CIVIL LOCAL RULE 6-3** |

Pursuant to Civil L.R. 6-3, Defendant JPMorgan Chase Bank, N.A. ("Chase") has brought a Motion to Continue Case Management Conference And Associated Deadlines By 60 Days. Having considered the request and finding good cause therefor, the Court has GRANTED the request.

It is therefore Hereby ORDERED that:

1. The Court's February 10 Order Notice Setting Initial Case Management Conference in this matter for May 15, 2025, at 1:30 p.m. in Courtroom G and requiring the filing of a Joint Case Management Conference Statement by May 8, 2025, is vacated;

2. The Case Management Conference and Associated Deadlines are continued for 60 days;

3. The Case Management Conference shall be rescheduled for a date on or after (at the Court's convenience) July 10, 2025, at 1:30 p.m., with the Joint Case Management Conference Statement due seven court days prior to the conference date.

**IT IS SO ORDERED.**

Dated: May 8, 2025

Hon. Lisa J. Cisneros
United States Magistrate Judge