1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7     ARMEN JALALIAN,                            Case No. 25-cv-01411-LJC

8                      Plaintiff,

9            v.                                  **ORDER STRIKING FILING AT ECF
                                                 NO. 37; DENYING MOTION FOR
10    JPMORGAN CHASE BANK, N.A., et al.,         RECONSIDERATION; DENYING
                                                 MOTION TO CORRECT DOCKET**
11                   Defendants.                 Re: Dkt. Nos. 37, 38, 39

12

13          Before the Court are Plaintiff Armen Jalalian's Response to Denial of Receipt of Funds

14    and Incorrect Swift Code Allegation (ECF No. 37), Motion to Correct Clerk's Record and Docket

15    Entry (ECF No. 38), and Motion for Reconsideration of Order and to Vacate Void Order (ECF

16    No. 39).  These filings are addressed in turn.

17          Plaintiff's Response to Denial of Receipt of Funds and Incorrect SWIFT Code Allegation

18    at ECF No. 37 appears to be filed in opposition to Defendants' Motions to Dismiss.  The Motions

19    to Dismiss were filed on May 2, 2025, and the Court issued its ruling on the Motions on May 29,

20    2025.  *See* ECF Nos. 18, 22, 36.  Per Civil Local Rule 7-3, Plaintiff's opposition to the Motions to

21    Dismiss were due fourteen days after May 2, 2025.  The Court did not receive Plaintiff's filing by

22    the deadline and did not consider it in her Order granting the Motions to Dismiss.  The Court

23    accordingly strikes Plaintiff's filing at ECF No. 37.  *See Owens v. Wells Fargo Bank, N.A.*, No. C

24    09-3354, 2010 WL 424473, at *1 (N.D. Cal. Jan. 27, 2010) (striking filing that "best

25    approximate[d] a late-filed opposition to defendants' motion").  The Court notes that as it granted

26    the Motions to Dismiss solely based on Plaintiff's failure to allege Defendant Marianne Lake's

27    citizenship, it did not consider Defendants' arguments regarding the SWIFT code.

28          At ECF No. 38, Plaintiff requests that the Court direct the Clerk of Court to correct the

United States District Court
Northern District of California

United States District Court
Northern District of California

1   docket to reflect that Plaintiff's Response to Denial of Receipt of Funds and Incorrect SWIFT

2   Code Allegation (ECF No. 37) was filed on June 5, 2025.  This request is denied as moot, as the

3   docket reflects that Plaintiff's Response to Denial of Receipt of Funds and Incorrect SWIFT Code

4   Allegation was filed on June 5, 2025.  Plaintiff is advised that documents he manually files at the

5   Clerk's Office or via mail will not immediately appear on the docket, as the Clerk's Office must

6   process his filings.  However, the docket will reflect the date a document is filed.  If he wishes to,

7   Plaintiff may register as an e-filer so that he can file documents electronically.  Instructions for

8   registering as an e-filer are available online at: https://cand.uscourts.gov/e-file/.

9           Lastly, Plaintiff moves for reconsideration of the Court's Order granting Defendants'

10  Motions to Dismiss.  ECF No. 39.  Civil Local Rule 7-9 requires that a party must first obtain

11  leave from the Court to file a motion for reconsideration.  Plaintiff has not sought or obtained

12  leave of the Court to file his motion for reconsideration and his motion is accordingly denied

13  without prejudice.  The Court refers Plaintiff to Local Rule 7-9 and the Northern District's pro se

14  handbook, Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, available

15  online at https://cand.uscourts.gov/pro-se-handbook/.  Chapter 20 of the handbook addresses

16  procedures available to litigants if they believe the judge made a mistake in their case.  The Court

17  notes that Plaintiff appears to have removed his appeal of a case in front of Judge Thompson (25-

18  cv-02478-TLT) to the United State Bankruptcy Court for the Northern District of California, but

19  does not appear to have removed or attempted to remove this case (25-cv-01411-LJC) to the

20  Bankruptcy Court.

21          Plaintiff is advised that he must comply with the Civil Local Rules going forward. The

22  Local Rules may be accessed online at: https://cand.uscourts.gov/rules/civil-local-rules/.

23  Resources for pro se litigants are available on the Court's website at:

24  https://cand.uscourts.gov/pro-se-litigants/.  Additionally, the Court encourages Plaintiff to seek

25  free legal assistance from the Northern District's Legal Help Center as he proceeds with this

26  litigation.  The Legal Help Center can be reached by calling (415) 782-8982 or by emailing

27  //

28  //

1  fedpro@sfbar.org, and appointments can be held in-person or remotely.

2       **IT IS SO ORDERED.**

3  Dated: June 11, 2025

4

5  _____

6  LISA J. CISNEROS
   United States Magistrate Judge

United States District Court
Northern District of California