UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARMEN JALALIAN,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants. | Case No. 25-cv-01411-LJC<br><br>**ORDER TO SHOW CAUSE** |

For the forgoing reasons, Plaintiff Armen Jalalian is ORDERED TO SHOW CAUSE why his case should not be dismissed for failure to prosecute and why his claims unrelated to the alleged repossession and sale of his vehicle should not be severed.

Plaintiff filed suit against Defendants Chase and Marianne Lake, a Chase executive, in February 2025, asserting claims relating to Chase's alleged repossession and sale of Plaintiff's vehicle. *See* ECF No. 1. Chase repeatedly moved for dismissal and Plaintiff was provided multiple opportunities to amend his complaint. Plaintiff filed his Third Amended Complaint (TAC) on August 28, 2025. ECF No. 68 (TAC). In contrast to the prior iterations of the complaint, which asserted claims against Chase related to the repossession and sale of his vehicle only, the TAC also includes a suite of claims against Chase, Quality Loan Service Corporation, Levon Sagatelyan, Levon Jalalian, and unidentified judicial defendants related to Plaintiff's late parents' trust, a loan Plaintiff's late mother took out against Plaintiff's family's home, the threatened foreclosure on Plaintiff's family home, and an alleged criminal enterprise between Chase and the unidentified judicial defendants. *See id.* ¶¶ 246-402.

Chase moved to dismiss the TAC and set a hearing on the motion for October 23, 2025.

ECF No. 73.  The Court later continued the hearing to November 18, 2025.  ECF No. 79.  Plaintiff did not file an opposition to the motion to dismiss, did not appear at the hearing on the motion to dismiss, and did not file a request for a continuance or otherwise notify the Court that he was not able to attend the hearing.  *See* ECF Nos. 77, 81.

Based on Plaintiff's non-opposition to the motion to dismiss and failure to appear at the hearing, Plaintiff is accordingly ORDERED TO SHOW CAUSE why his case should not be dismissed for failure to prosecute.

As noted above, Plaintiff's TAC at ¶¶ 246-402 includes numerous new factual allegations and claims based on Plaintiff's family trust, a loan his mother obtained, and an alleged criminal enterprise between Chase and unidentified judicial defendants.  If the Court does not recommend that this case be dismissed for failure to prosecute, it may sever the entirely new and distinct claims, ¶¶ 246-402, from Plaintiff's claims against Chase regarding the repossession and sale of his vehicle.  *See* Fed. R. Civ. P. 21 (providing that "[o]n motion or on its own, the court may … sever any claim against a party").  This would turn Plaintiff's current case into two separate lawsuits: one against Chase for Plaintiff's claims regarding the repossession and sale of the vehicle; and one against Chase, Quality Loan Service Corporation, Levon Sagatelyan, Levon Jalalian, and the unidentified judicial defendants for Plaintiff's claims regarding the trust, loan, and alleged criminal enterprise.

Plaintiff is accordingly ORDERED TO SHOW CAUSE to address if he objects to the Court severing his claims unrelated to the repossession and sale of his vehicle, and, if he does object, explain the basis for his objection and how he would be prejudiced by his claims being severed.

//
//
//
//
//
//

Plaintiff shall file a response no later than December 5, 2025 (1) explaining why he failed to appear at the November 18, 2025, hearing, (2) informing the Court if he wishes to continue to prosecute this case, and (3) informing the Court if he objects to the Court severing his unrelated claims and, if so, why he objects.  Failure to respond by this date may result in the Court issuing a report and recommendation to a District Judge that this case be dismissed for failure to prosecute. Defendant Chase may file a response no later than December 12, 2025, addressing whether it would face prejudice should the Court sever the claims and any other pertinent issues.

**IT IS SO ORDERED.**

Dated: November 19, 2025

LISA J. CISNEROS
United States Magistrate Judge