UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN JALALIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Case No. 25-cv-01411-RFL<br><br>**JUDGMENT** |

Pursuant to the Court's order adopting Magistrate Judge Cisneros's Report and Recommendation and dismissing the case for failure to prosecute (Dkt. s. 83), judgment is entered in favor of Defendants, and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 12, 2026

RITA F. LIN
United States District Judge

1