UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN JALALIAN,<br><br>            Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>            Defendants. | Case No.  25-cv-01411-RFL<br><br>**ORDER OVERRULING OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND DENYING MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 87, 88 |

Armen Jalalian's "Objection to Report and Recommendation for Dismissal and Motion for Relief From Judgment" (Dkt. No. 88) will be accepted as a late objection to Magistrate Judge Lisa J. Cisneros's Report and Recommendation to dismiss the case without prejudice for failure to prosecute.  While Jalalian states that he was "in Yerevan, Armenia during the [Report and Recommendation's] objection period," he does not offer any explanation for his failure to prosecute.  (*See* Dkt. No. 88 at 7–12.)  Specifically, he does not explain why he failed to oppose JPMorgan's motion to dismiss, appear at the November 18, 2025 hearing on that motion, or even respond to Judge Cisneros's Order to Show Cause.  Accordingly, Jalalian's objection to the Report and Recommendation is **OVERRULED**, and the Court's original order adopting the Report and Recommendation remains in place. (Dkt. Nos. 85, 86.)  Since the matter remains dismissed, Jalalian's motion for a temporary restraining order (Dkt. No. 87) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: January 23, 2026

_____
    RITA F. LIN
    United States District Judge

1